# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/10

FILED
JAMES J. VILT, JR. - CLERK
JAN 07 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

BRIAN GLENN DAMRON
ATTN: Business Office Christian County Jail
Inmate, Brian G. Damron 952325
410 West, 7th Street
Hopkinsville, KY 42240

(Full name of the Plaintiff(s) in this action)

v.

Mr. Gerry (Rip) Wright
Mr. Ken Wheeler
Ms. Ronnie Schroeder
Mr. Don Norman
Ms. Jean Nossinger

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 5:22-cv-4-TBR
(To be supplied by the clerk)

(X) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: BRIAN GLENN DAMRON

Place of Confinement: Christian County Jail

Address: 410 West, 7th Street, Hopkinsville, KY 42240

Status of Plaintiff: CONVICTED (X)  PRETRIAL DETAINEE (__)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant **Gerry Rip Wright** is employed as **Jailer** at **Ohio County Detention Center**

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(2) Defendant **Ken Wheeler (Kenneth)** is employed as **Deputy Jailer** at **Ohio County Detention Center**

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(3) Defendant **Ms. Ronnie Schroeder** is employed as **Deputy Jailer** at **Ohio County Detention Center**

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(4) Defendant **Don Norman** is employed as **Deputy Jailer** at **Ohio County Detention Center**

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(5) Defendant ~~Bad~~ Christie(Love) is employed as Deputy Jailer at Ohio County Detention Center

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the same facts involved in this action? YES (___) NO (X)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

Court (if federal court, name the district. If state court, name the county):
_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):
_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

(5) Defendant __Ms. Julian Nossinger__ is employed as __Deputy Jailer__ at __Ohio County Detention Center__

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (X)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

Court (if federal court, name the district. If state court, name the county):
_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):
_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

(5) Defendant Honorable Blake Chambers, employed as Commonwealth Attorney, 38th Judicial Circuit, 201 E. Ohio Street, Suite 3 PO Box 1038, Morgantown, Ky 42261. The Defendant is being sued in his/her individual and official capacity.

II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the same facts involved in this action? YES ( ) NO (X).

3

(5) Defendant Honorable Tim Coleman is employed as Circuit Court Judge, 38th Judicial Circuit, 130 East Washington St, Hartford, KY 42347. The Defendant is being sued in his Individual and Official Capacity.

II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the same facts involved in this action? YES ( ) NO (X)

3

(4)

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

I personally sustained serious injury while working in the Ohio County Detention Center (County Inmate) while working as 2nd Shift Trustee from 1600 (4pm) to 1155 daily. On 21 August at approximately 1710 hrs, Deputy Darnall Noble, came into jail kitchen and asked me (trustee) to take (Jeremy) inmate a glass of tea and 2 cookies to go with his (Jeremy's) Psych medications (which I did routinely for Jeremy) to Detox Cell located in basement - approximately 14-16 stairwell steps straight down from Kitchen door. Unknowing to anyone on OCDC Jail Staff, Deputy Darnall Noble sprayed Covid Killer Spray on hand rails of both stairwells, which apparently broadcast onto (foot boards) concrete stairwell. I departed the kitchen with one cup of tea and two cookies heading to DETOX Cell while performing duties of OCDC Trustee an official position in a County jail in the State of Kentucky which yields jail or bail credit to a "Trustee". When my right foot touched top step, my feet flew up above my head and I woke up at bottom of steps. From what I gather I knocked myself unconscious, seriously injured my back and neck and was transported to Ohio County

(5) Defendant _Ms. Tilcan_ is employed as _Deputy Jailer_ at _Ohio County Detention Center_

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (__) NO (X)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):
_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

(5)

## III. STATEMENT OF CLAIM(S) continued

Hospital Emergency Room. The ER staff rushed me into CT Scan of entire Spine and Brain. CT Results revealed fractures at C3, C4 & C5, abnormality at L7 and L8, and possibly crushed L4. Additionally the Brain CT revealed a tiny brain bleed. ER Physician told me he needed to order an MRI of my brain and entire spine, but could not because my Boston Scientific Spinal Stimulator can not undergo MRI based on Medical Safety to Patient Instruction issued to all Emergency Rooms. I was already aware of this Safety Measure because I carry a Boston Scientific Spectra Spinal Cord Stimulator ID Card in my wallet for airport security Xray/CT Systems and Hospital or Physician offices to protect myself from serious spinal injury. Spinal device is operated with external remote control - cost $180K, implanted at Vanderbilt University in Nashville as a result of a parachute jump as a Senior Army Captain, deployed to Kosovo, Macedonia & Albania from Heidelberg, Germany 1st Infantry Division - Task FORCE Commanding General & NATO CDR conducted a SHOW OF FORCE DEMOSTRATION by conducting 82nd Airborne Division deployed battalions 2/512 & 2/504 PIR Battalions and NATO Allies Airborne (Parachoopers) Operations over the country(s) of Kosovo in order to send a message to the countries of Albania & Serbia NATO meant business & was serious about Stopping GENOCIDE in Serbia

-6-

**III. STATEMENT OF CLAIM(S) continued**

I returned to jail without any medication with original CT and Xray Results in hand - 2 copies. Provided OCDC a copy for booking room file and kept a copy for myself. I signed a plea deal on August 17/18th, 2021 which dismissed 5 serious felonies and one misdemeanor, amended 14 other charges to Class D felonies, which I agreed to (4) five year Class D felonies with immediate release on furlough pending FINAL SENTENCING and (5) Five Years Supervised and Five Years unsupervised probation - departed OCDC on 8-26-2021 with FINAL SENTENCING TO FOR SEPTEMBER 21, 2021. At FINAL SENTENCING Judge Coleman sentenced me based on the Commonwealth's Plea Agreement (4) Five Year Class D felonies - to be served consecutively for a total of 20 years, 5 years Supervised and 5 years unsupervised probation. I signed out of Christian County Jail on Supervised Probation on October 20th, 2021 at 1030 AM. Spent 6 weeks out on probation trying to piece my life back together. My checking account was empty, my tractors and 30 cows, My farming equipment, tobacco plant, FORD 7810 100 h.p. Cabbed Tractor, Massey Ferguson 245 Utility Tractor, Massey Ferguson Hay Baler, all stolen while I was in County (Co.) Jail. Additionally my checking account was emptied by use of a Debit Card issued to an unknown subject using my USAA Security password and User I.D. in the amount of $110,000.00

\-7-

### III. STATEMENT OF CLAIM(S) continued

I was arrested on December 1st in Benton, Kentucky by my probation officer Brett Smalls using a arrest warrant requested by Commonwealth Attorney Blake Chambers and approved by HON Judge Tim Coleman, 38th Judicial Circuit, Ohio County Circuit Court.

Transported to Ohio County Jail by Marshall County Jail Staff - complaint forthcoming on Marshall County Detention Center Staff.

Upon arrival at Ohio County Detention Center (OCDC) I was placed on suicide watch for 20 days, Naked, Wet, Cold, not fed, requested medical treatment every day but refused. Made sign which I enclosed in this packet, seeking medical treatment. From the Jailer Gerry "Rip" Wright's mouth, ignore Inmate Damon, leave him naked, we will teach how we run Ohio County Jail and the Ohio County Circuit Court. I did write a letter out back to myself in August 24, 2021, 2 days before my release detailing the death of a County Inmate Larry Edge age 61, Beaver dam, KY - caused by Jailer not sending Larry Edge for medical treatment. Larry Edge was healthy when he arrived OCDC - I was trustee that checked him in the jail, gave him his orange clothes, mat, towel and blankets. I'm very educated and a very humble person, not hateful to anyone. I also wrote in my letter to myself that the jailer Gerry Wright was not claiming taxes on Commi sary Items he sold as Income for 24 years.

IV. **RELIEF**

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

__X__ award money damages in the amount of $ 10,000,000.⁰⁰

__X__ grant injunctive relief by ① Release from Christian County Jail for immediate back surgery at Vanderbilt Spine Ohio County Jail ② Subpoena by Court order - surveillance camera video 1-22 December 2021

__X__ award punitive damages in the amount of $ 12.5 million

① Release on Probation immediately - medical treatment - Vanderbilt.

__X__ other: Release from illegal detention ③ restore Right to vote, ④ Possess and Own a Firearm (long rifle or handgun) and ⑤ Right to hold Public Office under 28 U.S.C. §§ 2241, 2254 or 2255.

⑥ Expungement of records

V. **DECLARATION UNDER PENALTY OF PERJURY**
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 31ˢᵗ day of December, 2021

_____, Major, USA, Retired
(Signature of Plaintiff) Brian A. Donovan

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on this 31ˢᵗ day of December 2021

_____, Major, USA, Retired
(Signature) Brian A. Donovan

continued BAD grant injunctive relief by

① Immediate Release from Christian County Jail placed back on probation. No ankle monitor, to seek immediate surgery at Vanderbilt University - Dr Dawson, Neurosurgeon.

② Subpoena and Secure by FBI Agent ODCD internal Surveillance Video Systems - files for dates August 21, 2021 inmate door entrance and DETOX and Isolation cells media files 1-22 December 2021

③ Place me in FBI Witness Protection Program NOW. Please

-8-

STATEMENT OF CLAIM CONTINUED

Someone please explain to me how I go from "Best" Trustee in the history of the jail to a rotten tomatoe, not my words, the jail staff words. I never received the letter I wrote out to my self. The staff obviously opened for some unknow reason and read my concept of henry's death. Without a doubt, Ohio County Detention Center and the Ohio County Circuit Court without hesitation are working in a Conspiracy to send me to prison for 20 years.

I have to serve 20% of 20 years to met with Parole Board. I already have 22 months served toward 4 Year Parole Board date. This has become an Urgent Matter!

-9-

There is another death in that jail, Ohio County Detention Center that I'm in the loop on.

Death happened in September 2018. Dead Inmate's Name is Nicholas McMann in jail for DUI, etc.

Same scenario the jail staff at the direction of Jailer was sending a work detail out to work on Hartford City Trash truck.

The previous day Mick McMann fainted at the community park while cleaning up park.

Jail staff brought Mick back early. However, no medical support staff period.

The next day Mick goes to work outside on Trash Trunk. That morning he fainted and fell off trash trunk killing himself — struck his head on pavement, brains poured out in street. Flew him to Vanderbilt on Helo Evac to die in airport Nurs. Grandmother, 2 aunts & his mother arrived Vanderbilt minutes before he died. Only grand child in entire family.

The reason I aware of this case is because I started dating Mick's aunt Nora in November 2018 same year as his death. She cried about it often.

Mick's mother had me to read the $10 mm lawsuit that was filed in Federal Court in Owensboro, KY by his mother Angie Bullock.

I'm well educated, a Major, US Army, Retired a GS13 Civil Service, Retired with 2 Masters Degrees.

The family asked I read lawsuit to entire family on one Sunday afternoon so it did.

Ohio County Jail, Hartford, KY realized it dated Nick McMann's Aunt in August 2021 as I was leaving jail on furlough.

Please draw the dots together, I am the target, get rid of me, Ohio County Jail and Certainly Other County Officials are not of Risk of "Cats getting Out of the Bag".

Peeler's son is a State Police Detective Wright, Henderson Post watches the jail information flow like a hawk. He is guarding against inmates talking about anything.

Judge Tim Coleman and Commonwealth Attorney are involved. Judge Coleman violated my probation immediately after I plead my case. Judge Coleman failed to consider the lesser sanctions recommended by Kentucky laws, KSR 439.3106, KRS 439.3108, and 401 KAR 6:250.

P.S. I have a new Passport, a one year old grand daughter I have not seen, and had a vacation planned ~11~ to Costa Rica for Feb 2022.

The Court failed to make appropriate findings required by KRS 439.3106 and other applicable law.

The defendant has never received one court document from any Ohio County Court, 38th Judicial Circuit, Hartford, KY 42347

Respectively, request of be into the US Marshall Witness Protection Program. I am extremely concerned for my safety. I was moved from Ohio County Jail to Christian County Jail once I was revoked.

I was beaten by 4 or 5 inmates, $1150 worth of food was taken. Christian County Jail Guards acted like they knew it was going to happen. It all came from a person's order - Jailer to Inmate

Please have US Marshall Witness Protection Program place me in Hyatt at my expense. So I can have surgery at Vanderbilt. I want to go to Costa Rica to fully rehab from 5 business surgery. Please Help me!

I wear 29 medals on my Army Service Uniform. I am honest, ethical, morally sound, God fearing, - love my children and grand children.

I wear the medals to NEVER forget those that are not coming home. KIAs met by President at Dover AFB.

ATTN: Business Office
Inmate Brian Glen Donnan 952325
Christian County Jail
410 West, 7th Street
Hopkinsville, KY
42240

5:22-cv-4-TBR

FILED
JAMES J. VILT, JR. - CLERK
JAN 07 2022
U.S. DISTRICT COURT
WESTN. D. KENTUCKY

OFFICE OF THE CLERK
United States District Court
Room 127 Federal Building
501 Broadway
Paducah, Kentucky 42001~68

*Major Brian Jomes 1-11-02*

ATTN: Business Office
From: Brian Glenn Demesa 952325
Christian County Jail
410 West 7th Street
Hopkinsville, KY 42240

5:22-cv-4-TBR

**FILED**
JAMES J. VILT, JR. - CLERK
JAN 07 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

OFFICE OF THE CLERK
United States District Court
Room 127 Federal Building
501 Broadway
Paducah, Kentucky 42001-6800

(URGENT IMPORTANCE)

410 WEST 7TH STREET
HOPKINSVILLE, KY 42240

Brien H Dorman   1-3-2022