# FORM B

AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### for the

BRIAN GLENN DAMRON )
_____ )
Plaintiff )
)
v. )   Civil Action No. 5-22-cv-4-TBR
)
KSP Detective Adam Wright )
_____ )
Defendant )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

KSP Detective Adam Wright
Post 16, 8298 Keach Drive
Henderson, Kentucky 42420

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ATTN: Business Office
Inmate BRIAN GLENN DAMRON 952325
Christian County Jail 410 West, 7th Street
Hopkinsville, Kentucky 42240.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____        _____
                                *Signature of Clerk or Deputy Clerk*

(B) Defendant(s). Defendant KSP Detective Adam Wright is employed by the Kentucky State Police, Frankfort, KY. The Defendant is being sued in his (X) individual and (X) official capacity.

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# FORM B

AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### for the

BRIAN GLENN DAMRON
_____
Plaintiff

v.

KSP Trooper Mellet, Badge 429
_____
Defendant

Civil Action No. 5-22-cv-4-TBR

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Kentucky State Police Trooper Mellet
Badge 429, Post 16, 8298 Keach Drive
Henderson, Kentucky 42420

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ATTN! Business Office
Inmate BRIAN GLENN DAMRON 952325
Christian County Jail 410 West, 7th Street
Hopkinsville, Kentucky 42240

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____        _____
                              *Signature of Clerk or Deputy Clerk*

(B) Defendant(s). Defendant KSP Trooper Mellett, Badge 429, is employed by the Kentucky State Police, Frankfort, KY. The Defendant is being sued in this (X) individual and (X) official capacity.

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# FORM B

AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### for the

BRIAN GLENN DAMRON )
*Plaintiff* )
)
v. )  Civil Action No. 5-22-cv-4-TBR
)
Ms Shannon Kirtley )
*Defendant* )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Ms. Shannon Kirtley
130 East Washington St. 3d Floor/Clerks office
Hartford, Kentucky 42347

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ATTN: Business Office
Inmate BRIAN GLENN DAMRON 952325
Christian County Jail, 410 West, 7th Street 42240
Hopkinsville, Kentucky

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____          _____
                                   *Signature of Clerk or Deputy Clerk*

(B) Defendant (s). Defendant Ms. Shannon Kirtley is employed as the Ohio County Circuit Court Clerk at Ohio County Circuit Court, Hartford, Kentucky. 42347. The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

· ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ . , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____               _____
                                              *Server's signature*

                                        _____
                                              *Printed name and title*


                                        _____
                                              *Server's address*

Additional information regarding attempted service, etc:

ATTN: Business office
Brian Damon 952325
Christian County Jail
410 West, 7th Street
Hopkinsville, KY
            42240

FILED
JAMES J. VILT, JR. - CLERK
JAN 24 2022
U.S. DISTRICT COURT
WESTN. DIST. KENTUCKY

Case: 5-22-cv-4-TBR



Nashville P&DC 372
THU 20 JAN 2022 AM

CHRISTIAN COUNTY JAIL
410 WEST 7TH STREET
HOPKINSVILLE, KY 42240

Clerk, United States District Court
Room 127 Federal Building
501 Broadway
Paducah, Kentucky
42001-6801

